An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

CODY C. LEAVITT,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
  and
QUENTIN BYRNE, OFFENDER
MANAGEMENT DIVISION, CHIEF
BERNARD W. CURTIS OF PAROLE
AND PROBATION; DIRECTOR CHRIS
PERRY; HDSP WARDEN, DWIGHT
NEVEN; NEVADA DEPARTMENT OF
CORRECTIONS; GOVERNOR BRIAN
SANDOVAL; AND THE STATE OF
NEVADA,
Real Parties in Interest.

No. 63788

**FILED**

SEP 18 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DENYING PETITION

This is a proper person petition for a writ of mandamus or, alternatively, a writ of prohibition. Petitioner asks this court to order the district court or the Division of Parole & Probation to correct errors in his presentence investigation report. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. *See* NRS 34.160; NRS 34.170; NRS 34.320; NRS 34.330. Accordingly, we

ORDER the petition DENIED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

13-27708

cc: Cody C. Leavitt
Attorney General/Carson City
Eighth District Court Clerk